# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Louis Fuhry,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:03-cv-314-1-MU

Lt. Edwards

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 13, 2006 Order.

**Signed: January 17, 2006**

Frank G. Johns, Clerk
United States District Court